[No. 30331-7-I.   Division One.   June 7, 1993.]

THE CITY OF BELLEVUE, *Respondent*, v. KENNETH HART, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-11303-3, J. Kathleen Learned, J., entered November 15, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 12224-7-III.   Division Three.   June 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ARNOLD MEREDITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00525-8, Thomas E. Merryman, J., entered January 24, 1992. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11965-3-III.   Division Three.   June 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THEO S. DICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 91-1-50074-5, Dennis D. Yule, J., entered October 1, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11678-6-III.   Division Three.   June 10, 1993.]

SUNNYSIDE VALLEY IRRIGATION DISTRICT, ET AL, *Respondent*s, v. ROZA IRRIGATION DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-00077-1, Robert N. Hackett, Jr., J., entered May 17, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.